UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| MELANIE R. FRANCIS,<br><br>               Plaintiff,<br><br>  v.<br><br>JO ANNE B. BARNHART, Commissioner of Social Security,<br><br>               Defendant. | CASE NO.    C07-5018KLS<br><br>ORDER GRANTING PLAINTIFF'S APPLICATION TO PROCEED *IN FORMA PAUPERIS* |

     Plaintiff's application to proceed *in forma pauperis* (Dkt. #1) is **GRANTED**. Plaintiff does not appear to have funds available to afford the $350.00 filing fee.

     The clerk is directed to send copies of this Order to counsel of record and to issue the Summonses.

     DATED this 13th day of February, 2007.

                                                                        Karen L. Strombom
                                                                        United States Magistrate Judge

ORDER
Page - 1