United States District Judge RONALD B. LEIGHTON

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| MELANIE R. FRANCIS (PHILIP),<br><br>   Plaintiff,<br><br>vs.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of Social Security,<br><br>   Defendant. | CIVIL NO. C07-5018RBL<br><br>ORDER FOR EAJA FEES, COSTS AND EXPENSES |

THIS MATTER having come on regularly before the undersigned upon by Plaintiff's Motion to Award EAJA Fees, Costs, and Expenses, the Defendant not opposing said motion, and the Court agreeing that EAJA fees, costs, and expenses should be awarded, good cause having been shown, now, therefore, it is hereby

ORDERED that Plaintiff's attorney Eitan Kassel Yanich is hereby awarded EAJA attorney's fees in the amount of $6,786.96 and expenses in the sum of $26.96, pursuant to 28 U.S.C. §2412.

DATED this 13th day of May, 2008.

*Ronald B. Leighton*
RONALD B. LEIGHTON
UNITED STATES DISTRICT JUDGE

ORDER FOR EAJA FEES, COSTS AND EXPENSES [C07-5018RBL] - 1

Eitan Kassel Yanich, Attorney at Law
203 Fourth Avenue E., Suite 321
Olympia, WA. 98501
(360) 705-1226

Presented by:

S/Eitan Kassel Yanich_____
Eitan Kassel Yanich, WSBA #13690
Attorney for Plaintiff

ORDER FOR EAJA FEES, COSTS AND EXPENSES [C07-5018RBL] - 2

Eitan Kassel Yanich, Attorney at Law

203 Fourth Avenue E., Suite 321

Olympia, WA. 98501

(360) 705-1226